UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| ALEJANDRO GUTIERREZ | ) | CASE NO.   21-40018 |
| | ) | CHAPTER   13 |
| | ) | |
| Debtor(s) | ) | |

### ORDER TO AMEND

On February 10, 2021, a Chapter 13 Plan was electronically filed on behalf of debtor. This document does not contain the information concerning the signer required by Rule 9011(a) of the Federal Rules of Bankruptcy Procedure.

An amended document that provides all of the information required by Rule 9011(a) shall be filed within three (3) days of this date. The failure to do so will result in the current filing being stricken without further notice, and the court will take no action with regard thereto or as a result thereof, and any time limits associated therewith shall not begin to run, until this order has been complied with.

SO ORDERED.

Dated: February 16, 2021

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court