United States Bankruptcy Court
Northern District of Indiana

In re:                                                              Case No. 21-40018-reg

Alejandro Gutierrez                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0755-4                    User: admin                          Page 1 of 1
Date Rcvd: Feb 16, 2021                 Form ID: pdf004                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

**Recip ID              Recipient Name and Address**
db              +  Alejandro Gutierrez, 11074 Briar Hill Dr., Demotte, IN 46310-8986

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021             Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:**

**Name                   Email Address**

David A. Rosenthal
                        dar@nlci.com

Juan A. Perez, Jr.
                        on behalf of Debtor 1 Alejandro Gutierrez jp@perezlawindiana.com  ind.courtnotices@gmail.com

Nancy J. Gargula
                        USTPRegion10.SO.ECF@usdoj.gov

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | | |
| | ) | | |
| ALEJANDRO GUTIERREZ | ) | CASE NO. | 21-40018 |
| | ) | CHAPTER | 13 |
| | ) | | |
| Debtor(s) | ) | | |

### ORDER TO AMEND

On  February 10, 2021, a Chapter 13 Plan was electronically filed on behalf of debtor.  This document does not contain the information concerning the signer required by Rule 9011(a) of the Federal Rules of Bankruptcy Procedure.

An amended document that provides all of the information required by Rule 9011(a) shall be filed within three (3) days of this date.  The failure to do so will result in the current filing being stricken without further notice, and the court will take no action with regard thereto or as a result thereof, and any time limits associated therewith shall not begin to run, until this order has been complied with.

SO ORDERED.

Dated:  February 16, 2021

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court